UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TITO DAVID VALDEZ, JR. | ) CV 10-02127-JSL (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| RANDY GROUNDS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

DATED: Oct. 24, 2011

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE